IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MONICEN PINNOCK,** | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 25-CV-1824 |
| | : | |
| **UNIVERSITY OF PENN** | : | |
| **AT CEDAR,** *et al.*, | : | |
| Defendants. | : | |

## ORDER

AND NOW, this 14th day of July, 2025, upon consideration of Plaintiff Monicen Pinnock's Motion to Proceed *In Forma Pauperis* (ECF No. 5) and signed Affidavit in support thereof (ECF No. 8), her *pro se* Complaint (ECF No. 2), and Motion for Leave to Amend Caption (ECF No. 7), it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. The Complaint is **DEEMED** filed.

3. The Motion for Leave to Amend Caption is **GRANTED**, and the Clerk of Court is **DIRECTED** to add Fourth Generation HIV Testing, Penn Presbyterian Infectious Diseases, and Jillian Tracey Baron, MD, MPH as Defendants to this case.

4. For the reasons stated in the Court's Memorandum, Pinnock's Complaint is **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim.

5. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

BY THE COURT:

/s/ John R. Padova, J.
_____
John R. Padova, J.